**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 104 MM 2021

Respondent   :

v.   :

ERIC EUGENE SMALL,   :

Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of January, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED. This denial does not bar Petitioner from attempting to pursue similar relief in a subsequent Post Conviction Relief Act petition.

    Justice Brobson did not participate in the consideration or decision of this matter.